# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| NEWREZ LLC d/b/a Shellpoint Mortgage Servicing,<br><br>           Plaintiff,<br><br>v.<br><br>MATTHEW ANGUS,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>) Docket No. 2:24-cv-00296-NT<br>)<br>)<br>)<br>) |

## JUDGMENT OF FORECLOSURE AND SALE

**Address: 510 Roosevelt Trail, Casco, ME 04015**
**Mortgage: December 5, 2023**
**Book 40510, Page 301 of Cumberland County Registry of Deeds**

This matter came before the Court for a testimonial hearing on the Plaintiff's motion for default judgment on November 26, 2024 (ECF No. 16). In a separate Order, I granted that motion and, pursuant to the Plaintiff's request, dismissed Counts II–IV of the Complaint. Order on Pl.'s Mot. for Default J. (ECF No. 19). Judgment on Count I – Foreclosure and Sale is hereby **ENTERED** as follows:

    1.    If the Defendant or his heirs or assigns pay NewRez LLC d/b/a Shellpoint Mortgage Servicing ("**Shellpoint**") the amount adjudged due and owing ($279,439.10) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S. § 6322, Shellpoint shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF docket. The following is a breakdown of the amount due and owing as of November 25, 2024:

| Description | Amount |
|---|---|
| Principal Balance | $253,326.00 |
| Interest | $16,798.91 |
| Pre-Acceleration Late Charges | $197.16 |
| Insurance | $2,633.16 |
| Taxes | $2,440.23 |
| Corporate Advances | $4,884.81 |
| Escrow Balance | -$839.01 |
| Credits | -$2.16 |
| **Grand Total** | **$279,439.10** |

2.    If the Defendant or his heirs or assigns does not pay Shellpoint the amount adjudged due and owing ($279,439.10) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S. § 6322, his remaining rights to possession of the Casco property shall terminate, and Shellpoint shall conduct a public sale of the Casco property in accordance with 14 M.R.S. § 6323, disbursing the proceeds first to itself in the amount of $279,439.10 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 7 of this Judgment, and in accordance with 14 M.R.S. § 6324. Shellpoint may not seek a deficiency judgment against the Defendant pursuant to the Plaintiff's waiver of deficiency at the hearing.

3.    In the event that the Defendant and anyone occupying the premises do not vacate the property upon termination of their right to possession, Shellpoint may reopen this matter to seek a writ of assistance and/or writ of possession to be served by the U.S. Marshals Service pursuant to Federal Rule of Civil Procedure 4.1(a) consistent with this Judgment.

4.    Pursuant to 14 M.R.S. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period

has expired without action or that the final judgment has been entered following appeal.

5. The Plaintiff is responsible for recording the attested copy of this Judgment with the signed Clerk's certification in the proper county's registry of deeds within one year of the entry of the final judgment and for paying the appropriate recording fees. *See* 14 M.R.S. § 2401(3)(G).

6. The amount due and owing is $279,439.10.

7. NewRez LLC d/b/a Shellpoint Mortgage Servicing has first priority, in the amount of $279,439.10, pursuant to the subject Note and Mortgage, and there is no party in interest other than the Defendant who has second priority.

8. The prejudgment interest rate is 6.75%, *see* 14 M.R.S. § 1602-B, and the post-judgment interest rate is 10.45%, *see* 14 M.R.S. § 1602-C.

9. The following information is included in this Judgment pursuant to 14 M.R.S. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>55 Beattie Place<br>Suite 10<br>Mail Stop 005<br>Greenville, SC 29601 | John A. Doonan, Esq.<br>Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 303C<br>Beverly, MA 01915 |
| DEFENDANT | Matthew Angus<br>19 Goshen Road<br>Windham, ME 04062 | Defaulted |

3

a. The docket number of this case is No. 2:24-cv-00296-NT.

b. The Defendant, the only party to these proceedings besides Shellpoint, received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c. A description of the real estate involved, 510 Roosevelt Trail, Casco, Maine 04015, is set forth in Exhibit A to the Judgment.

d. The street address of the real estate involved is 510 Roosevelt Trail, Casco, ME 04015. The Mortgage was executed by the Defendant, Matthew Angus, on December 5, 2023. The book and page number of the Mortgage in the Cumberland County Registry of Deeds is Book 40510, Page 301.

e. This Judgment shall not create any personal liability on the part of the Defendant but shall act solely as an *in rem* judgment against the property, 510 Roosevelt Trail, Casco, Maine 04015.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 13th day of December, 2024.